IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-047 |
| | ) | |
| SHAWANDA CUYLER | ) | |

**O R D E R**

Pursuant to this Court's November 15th Order, defense counsel has nominated Dr. Joseph Frey, III to conduct a psychological evaluation of Defendant. (Doc. no. 117.) Upon review of his credentials, the Court **APPOINTS** Dr. Frey to conduct a psychological evaluation of Defendant.

**IT IS HEREBY ORDERED** that Defendant Shawanda Cuyler submit to an examination by Dr. Joseph Frey, III to determine her competency to stand trial and sanity at the time of the alleged offense pursuant to 18 U.S.C. §§ 4241 and 4242. Defendant is also directed to cooperate and comply with all scheduled appointments as deemed necessary by Dr. Frey in order to complete the mental evaluation.

**IT IS FURTHER ORDERED** that Dr. Frey shall make a written report of his findings, pursuant to 18 U.S.C. § 4247, as soon as practicable and no later than December 20, 2017 to United States Magistrate Judge Brian K. Epps, Southern District of Georgia, Post Office Box 1504, Augusta, Georgia 30903 (706-849-4420); with a copy to Assistant United States Attorney, Christopher Troy Clark, Post Office Box 2017, Augusta, Georgia 30903 (706-826-4537); and to

defense counsel Melissa C. Bray, Durham Law Firm, 2350 Washington Road, Augusta, Georgia 30904 (706-738-7111). Dr. Frey shall prepare a report which shall include:

1. Defendant's history and present symptoms;

2. a description of the psychiatric, psychological, and medical tests that were employed and their results;

3. the examiners' findings; and

4. the examiners' opinions as to diagnosis, prognosis and

(a) whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her and to assist properly in her defense;

(b) whether Defendant was insane at the time of the offenses charged; that is, as a result of a severe mental disease or defect, whether Defendant was unable to appreciate the nature and quality or wrongfulness of her acts; and

(c) whether Defendant is suffering from a mental disease or defect as a result of which she is in need of custody for care or treatment in a suitable facility.

Upon receipt of Dr. Frey's report, the Court will file the report under seal and schedule a competency hearing under 18 U.S.C. § 4247(d).

**IT IS FURTHER ORDERED** the period of time required for testing and evaluation of Defendant and preparation of the written report is excludable from calculation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(l)(A).

SO ORDERED this 20th day of November, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA