UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | INDICTMENT NO.: 1:17-cr-00047-2 |
| | ) | |
| SHAWANDA CUYLER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Now comes the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and hereby dismisses the above-styled Indictment against Defendant Shawanda Cuyler, showing the Court as follows:

1.      On or about August 2, 2017, the Grand Jury for the Southern District of Georgia returned an Indictment against Shawanda Cuyler, charging her with Conspiracy to Commit Mail Fraud Affecting a Financial Institution and Aggravated Identity Theft. (Doc. No. 3, Indictment.)

2.      Thereafter, counsel for Defendant moved the Court to appoint an expert and conduct a competency examination. (Doc. No. 110, Motion for Examination and Determination of Competency.) The Government did not oppose that Motion.

3.      On or about November 20, 2017, the Court appointed Dr. Joseph Frey, III to conduct a psychological evaluation of Defendant Shawanda Cuyler and to make a written report of his findings. (Doc. No. 119, Order.)

4. On February 8, 2018, the Court held a competency hearing, during which Dr. Frey's report was admitted into evidence and Dr. Frey testified, under oath, that the Defendant was not competent to assist in her defense and to stand trial for the Indictment in this case.

5. Based upon the findings and conclusions detailed in Dr. Frey's written report and his testimony at the competency hearing, and in the interest of justice, the United States Attorney for the Southern District of Georgia, by leave of Court endorsed hereon, hereby dismisses without prejudice the above-styled Indictment against Defendant, Shawanda Culer.

2/9/18
Date

Patricia G. Rhodes
Deputy Chief, Criminal Division

2/9/18
Date

C. Troy Clark
Georgia Bar No. 811674
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

This 9th day of February, 2018.

CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA