IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR117-47-002 |
| | ) | |
| SHAWANDA CUYLER | ) | |

## ORDER

The indictment against defendant, Shawanda Cuyler, was dismissed by order of this court on February 9, 2018. Surety, Jim Henry Williams, has requested the return of the $500.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $500.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Jim Henry Williams, 154 Meadow Brook Curve, Camden, AL 36726.

This 9th day of July, 2018 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA